IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BETHANY GREEN, individually and as the parent and guardian of E.S., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 3:13cv651-MHT (WO) |
| JA CATTLE COMPANY, LLC, and LOWE'S HOME CENTER, INC., | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The joint motion to stay (doc. no. 33) is granted.

(2) All proceedings in this case are stayed until further order of the court.

(3) The clerk of the court is to close this case administratively.

(4) On or before the first Monday of each July to follow and the first Monday of each January to follow, the parties are to file a joint report as to the status of the criminal proceeding and as to whether the stay of this case should be continued.

DONE, this the 31st day of March, 2015.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE