IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
BETHANY GREEN,                  )
individually and as the         )
parent and guardian of          )
E.S.,                           )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         3:13cv651-MHT
                                )             (WO)
JA CATTLE COMPANY, LLC,         )
and LOWE'S HOME CENTER,         )
INC.,                           )
                                )
    Defendants.                 )
```

ORDER

Having considered the parties' joint status report (doc. no. 46), which states that the criminal proceedings against Steven Ladel Johnson have been resolved, it is ORDERED as follows:

(1) The motion for lift of stay (doc. no. 45) is granted.

 **(2) The clerk of the court is to reopen this case administratively and place it on the active docket.**

 **(3) The uniform scheduling order (Doc. No. 18) is amended to reflect that the pretrial is set for November 30, 2015, at 10:00 a.m., and the trial is set for the term beginning January 4, 2016, at 10:00 a.m., with all unexpired deadlines attached to those dates adjusted accordingly.**

 **DONE, this the 21st day of July, 2015.**

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**