IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BETHANY GREEN, individually )<br>and as the parent and )<br>guardian of E.S., )<br>individually, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>JA CATTLE COMPANY, LLC and )<br>LOWE'S HOME CENTER, INC., )<br>  )<br>  Defendants. ) | CIVIL ACTION NO.<br>3:13cv651-MHT<br>(WO) |

**ORDER**

It is ORDERED that the motion for temporary restraining order (doc. no. 49) is denied.

DONE, this the 5th day of August, 2015.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　**UNITED STATES DISTRICT JUDGE**