IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |  |
|---|---|---|
| BETHANY GREEN, individually and as the parent and guardian of E.S., | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:13cv651-MHT (WO) |
| JA CATTLE COMPANY, LLC, and LOWE'S HOME CENTER, INC., | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Having considered the plaintiff's motion to dismiss her individual claims with prejudice due to settlement and the plaintiff's motion to dismiss her claims on behalf of E.S. without prejudice, and having been informed verbally that the defendants have no objection to the motions, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motions to dismiss (doc. no. 55 & 56) are granted.

(2) Plaintiff Bethany Green's individual claims on her own behalf are dismissed with prejudice, with the parties to bear their own costs.

(3) Plaintiff Bethany Green's claims on behalf of E.S. are dismissed without prejudice.

All remaining motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of September, 2015.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**